IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KRISTY A. EDWARDS,

     Plaintiff,

v.                                                                     4:18cv415-WS/CAS

NANCY A. BERRYHILL,
Acting Commissioner of the Social
Security Administration,

     Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF

No. 17) docketed May 8, 2019. The magistrate judge recommends that the Acting

Commissioner's decision to deny the plaintiff's application for benefits be reversed.

The Acting Commissioner has filed no objections to the report and

recommendation.

The court being in accord with the magistrate judge's report and

recommendation, it is ORDERED:

1. The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (ECF No. 17).

2. The Commissioner's decision to deny the plaintiff's application for benefits is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g).

3. This case shall be REMANDED to the Commissioner for further consideration consistent with the magistrate judge's report and recommendation.

4. The clerk shall enter judgment stating: "The decision of the Commissioner is REVERSED."

DONE AND ORDERED this ___12th___ day of ___June___, 2019.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE