# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

KRISTY EDWARDS,

    Plaintiff,

v.                                        4:18cv415–WS/CAS

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 22) docketed September 24, 2019. The magistrate judge recommends that the plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA) be granted in the amount of $8,072.03. No objections to the report and recommendation have been filed.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 22) is ADOPTED and incorporated into this order.

2. Kristy Edwards's motion for attorney's fees and costs (ECF No. 20) is GRANTED in the amount of $8,072.03.

3. Kristy Edwards is entitled to recover fees in the amount of $8,072.03 for the time expended by her counsel in this case pursuant to 28 U.S.C. § 2412 (EAJA).

4. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010), payment shall be made payable to Edwards and mailed to Edwards's counsel, subject to offset by the amount of any debt owed by Edwards to the United States. If the United States Department of the Treasury determines that Edwards does not owe a federal debt, the government may accept Edwards's assignment of EAJA fees and pay fees directly to Edwards's counsel, Charles L. Martin.

DONE AND ORDERED this __21st__ day of __October__, 2019.

s/ William Stafford  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE